# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | FILED: MAY 22, 2008<br>08CV2997    TC<br>JUDGE DOW<br>MAGISTRATE JUDGE COLE | Case Number: |
|---|---|---|
| Sharon Catino | | |
| v. | | |

Toyota Motor Corporation, Toyota Motor Sales, USA, Takata Corporation and TK Holdings Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Toyota Motor Sales, USA, Inc. and TK Holdings Inc.

| NAME (Type or print) |
|---|
| Charles S. Ofstein |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Charles S. Ofstein |

| FIRM |
|---|
| Donohue Brown Mathewson & Smyth LLC |

| STREET ADDRESS |
|---|
| 140 S. Dearborn St., Suite 800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280741 | (312) 422-0900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |