080288.16

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SHARON CATINO, <br><br> Plaintiff, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, a foreign corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TAKATA CORPORATION, a foreign corporation; and TK HOLDINGS INC., a Michigan corporation, <br><br> Defendants. | No.  08 cv 02997 <br><br> Judge Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey Cole |

**DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

Defendants, TAKATA HOLDINGS INC. ("TKH") and TOYOTA MOTOR SALES, USA, INC. ("TMS"), by and through their attorneys, Mark H. Boyle, Charles S. Ofstein and DONOHUE BROWN MATHEWSON & SMYTH LLC, hereby request that this Court extend the deadline from May 28, 2008 to June 25, 2008, to file their responsive pleadings to Plaintiff's complaint. In support thereof, these defendants state as follows:

1. Plaintiff Sharon Catino commenced this strict product liability and negligence action in the Circuit Court of Cook County, Illinois by filing her complaint on April 15, 2008. TKH was served with plaintiff's complaint on April 25, 2008. TMS was served with plaintiff's complaint on May 9, 2008.

2. On May 23, 2008, these defendants removed the case to this court. (See Notice of Removal, D.E. 1.) Pursuant to Federal Rule of Civil Procedure 81 (c)(2), TKH's responsive pleading is due on May 28, 2008. TMS's responsive pleading is due on June 9, 2008.

3. The defendants who have been served are located outside of Illinois. While counsel has and continues to proceed diligently to determine the appropriate response and defenses to plaintiff's complaint, Defendants request a short extension to complete and file their responsive pleadings.

4. No party will be prejudiced by Defendants' request for a 28-day extension of the pleading deadline. Movants' counsel has contacted counsel for the plaintiff, who has no objection to the motion.

**WHEREFORE**, these defendants, TAKATA HOLDINGS INC. and TOYOTA MOTOR SALES, USA, INC., respectfully request that this Court extend the deadline for responding to plaintiff's complaint up to and including June 25, 2008.

    Respectfully submitted,

    TK HOLDINGS INC. and

    TOYOTA MOTOR SALES, U.S.A., Inc.

    s/Charles S. Ofstein
    Mark H. Boyle (ARDC #6200934)
    Charles S. Ofstein (ARDC #6280741)
    DONOHUE BROWN MATHEWSON & SMYTH LLC
    140 South Dearborn, Suite 800
    Chicago, IL 60603
    Telephone:   (312) 422-0900
    Facsimile:   (312) 422-0909

080288.16

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SHARON CATINO,<br><br>        Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, a foreign corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TAKATA CORPORATION, a foreign corporation; and TK HOLDINGS INC., a Michigan corporation,<br><br>        Defendants. | No.   08 cv 02997<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey Cole |

## CERTIFICATE OF SERVICE

     I hereby certify that on May 28, 2008, I filed Defendants' First Motion for Extension of Time to File Responsive Pleadings with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Steven W. Burrows     sburrows@anesilaw.com

I further certify that a copy of this document has been sent via First Class Mail to the following:

Daniel V. O'Connor, Anesi, Ozmon, Rodin, Novak & Kohen, Ltd., 161 North Clark, Street, 21st Floor, Chicago, IL 60601

                                   DONOHUE BROWN MATHEWSON & SMYTH LLC

                                   s/Charles S. Ofstein
                                   Mark H. Boyle (ARDC #6200934)
                                   Charles S. Ofstein (ARDC #6280741)
                                   DONOHUE BROWN MATHEWSON & SMYTH LLC
                                   140 South Dearborn, Suite 800
                                   Chicago, IL 60603
                                   Telephone:   (312) 422-0900 / Facsimile:   (312) 422-0909