# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Sharon Catino

                              Plaintiff,

v.                                              Case No.: 1:08−cv−02997
                                                Honorable Robert M. Dow Jr.

Toyota Motor Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2008:

        MINUTE entry before the Honorable Robert M. Dow, Jr:MOTION by Defendants
TK Holdings, Inc., Toyota Motor Sales, USA, Inc. for extension of time [7] to file answer
is granted to and including 6/25/08. Notice of Motion date of 6/5/08 is stricken and no
appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.