FILED
JUNE 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case Number: 08 C 2997

SHARON CATINO

v.

TOYOTA MOTOR CORPORATION, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHARON CATINO

| | |
|---|---|
| NAME (Type or print) | |
| Daniel N. O'Connor | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Daniel N. O'Connor | |
| FIRM | |
| Anesi, Ozmon, Rodin, Novak & Kohen, Ltd. | |
| STREET ADDRESS | |
| 161 N. Clark Street, Suite 2100 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06209658 | (312) 372-3822 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |

14377/DVO/SWB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D

JUN 2 3 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SHARON CATINO, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Case No. 08 C 2997 |
| | ) |
| TOYOTA MOTOR CORPORATION, et al., | ) |
| | ) |
| Defendant(s). | ) |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:  Mark H. Boyle, Charles S. Ofstein, Victoria Dizik, DONOHUE, BROWN, MATHEWSON & SMYTH, LLC, 140 S. Dearborn Street, Suite 800, Chicago, IL 60603

PLEASE TAKE NOTICE that on June 23, 2008, we shall file with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached:

**ATTORNEY APPEARANCE FORMS**

a copy of which is attached hereto and served upon you herewith.

By: /s/ Daniel V. O'Connor
Attorneys for Plaintiff(s)

Daniel V. O'Connor
Steve Burrows
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL 60601
312/372-3822

## CERTIFICATE OF SERVICE BY MAIL

The undersigned, being first duly sworn on oath, deposes and states that on June 23, 2008, he served the FOREGOING NOTICE OF FILING and DOCUMENTS LISTED THEREIN by mailing a copy to each party to whom it is directed and depositing the same in the U.S. Mail at 161 North Clark Street - 21st Floor, Chicago, Illinois, at 5:00 p.m. with proper postage prepaid.

/s/ Daniel V. O'Connor

Daniel V. O'Connor
Steve Burrows
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL 60601
312/372-3822