**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sharon Catino
                                      Plaintiff,

v.                                                       Case No.: 1:08−cv−02997
                                                           Honorable Robert M. Dow Jr.

Toyota Motor Corporation, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 7/17/2008. Deadline to join other parties and amend the pleadings is 10/30/08l. The parties Rule 26(a)(l) initial disclosures are due on 10/30/08. Status hearing set for 11/18/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.