080288.5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHARON CATINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOYOTA MOTOR CORPORATION, a foreign corporation; TOYOTA MOTOR SALES, USA, INC., a California corporation; TAKATA CORPORATION, a foreign corporation; and TK HOLDINGS, INC., a Michigan corporation,<br><br>　　　　Defendants. | No.  08 cv 02997<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey Cole |

## JURY DEMAND

Defendant, TOYOTA MOTOR CORPORATION., by and through its attorneys, Mark H. Boyle, Charles S. Ofstein, Victoria Dizik and Donohue Brown Mathewson & Smyth LLC, hereby demand trial by jury, pursuant to Federal Rule of Procedure 38.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　TOYOTA MOTOR CORPORATION


　　　　By:　s/Charles S. Ofstein
　　　　　　Mark H. Boyle (ARDC #6200934)
　　　　　　Charles S. Ofstein (ARDC #6280741)
　　　　　　Victoria Dizik (ARDC #6284122)
　　　　　　DONOHUE BROWN MATHEWSON & SMYTH LLC
　　　　　　140 South Dearborn Street, Suite 800
　　　　　　Chicago, IL  60603
　　　　　　Telephone:　(312) 422-0900
　　　　　　Facsimile:　(312) 422-0909

080288.5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHARON CATINO,<br><br>    Plaintiff,<br><br>  v.<br><br>TOYOTA MOTOR CORPORATION, a foreign corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TAKATA CORPORATION, a foreign corporation; and TK HOLDINGS INC., a Michigan corporation,<br><br>    Defendants. | No. 08 cv 02997<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey Cole |

## CERTIFICATE OF SERVICE

  I hereby certify that on July 24, 2008, I filed Defendant's Jury Demand with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

  Steven W. Burrows  sburrows@anesilaw.com
  Mark Novak     mnovak@anesilaw.com

  I further certify that a copy of this document has been sent via First Class Mail to the following:

Daniel V. O'Connor, Anesi, Ozmon, Rodin, Novak & Kohen, Ltd., 161 North Clark, Street, 21st Floor, Chicago, IL 60601

              DONOHUE BROWN MATHEWSON & SMYTH LLC

              s/Charles S. Ofstein
              Mark H. Boyle (ARDC #6200934)
              Charles S. Ofstein (ARDC #6280741)
              DONOHUE BROWN MATHEWSON & SMYTH LLC
              140 South Dearborn, Suite 800
              Chicago, IL 60603
              Telephone: (312) 422-0900