080288.54

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHARON CATINO,<br><br>             Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION, a foreign corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TAKATA CORPORATION, a foreign corporation; and TK HOLDINGS INC., a Michigan corporation,,<br><br>             Defendants. | No.   1:08-CV-02997<br><br>Honorable Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey Cole |

### DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendants, TOYOTA MOTOR CORPORATION ("TMC") and TAKATA CORPORATION ("Takata"), by their attorneys, Mark H. Boyle, Charles S. Ofstein and Donohue Brown Mathewson & Smyth LLC., hereby request that this Court extend the deadline to file their responsive pleading to plaintiff's complaint from July 28, 2008 to August 25, 2008. In support thereof, these defendants state as follows:

    1.    Plaintiff Sharon Catino commenced this strict product liability and negligence action in the Circuit Court of Cook County, Illinois by filing her complaint on April 15, 2008. TMC received a Cook County Summons and a translated copy of the complaint through the Japanese District Court, via the Ministry of Foreign Affairs, on or about July 8, 2008. Takata received these papers in similar fashion on or about July 7, 2008.

2. While defense counsel has and continues to proceed diligently to determine the appropriate response and defenses to plaintiff's complaint, these defendants request a brief extension to complete and file their responsive pleadings for these parties.

3. No party will be prejudiced by defendants' request for a 28-day extension of the pleading deadline. Movants' counsel has contacted counsel for the plaintiff, who has no objection to the motion.

**WHEREFORE**, these defendants, TOYOTA MOTOR CORPORATION and TAKATA CORPORATION, respectfully request that this Court extend the deadline for responding to plaintiff's complaint, up to and including August 25, 2008.

Respectfully submitted,

TOYOTA MOTOR CORPORATION and
TAKATA CORPORATION

By:    s/Charles S. Ofstein
       Mark H. Boyle (ARDC #6200934)
       Charles S. Ofstein (ARDC #6280741)
       DONOHUE BROWN MATHEWSON & SMYTH LLC
       140 South Dearborn Street, Suite 800
       Chicago, IL  60603
       Telephone:    (312) 422-0900
       Facsimile:    (312) 422-0909

080288.54

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHARON CATINO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TOYOTA MOTOR CORPORATION, a foreign corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TAKATA CORPORATION, a foreign corporation; and TK HOLDINGS INC., a Michigan corporation,<br><br>　　　　　　Defendants. | No.　08 cv 02997<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey Cole |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on July 24, 2008, I filed Defendants' First Motion for Extension of Time to File Responsive Pleadings with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

　　　　Steven W. Burrows　　　sburrows@anesilaw.com
　　　　Mark Novak　　　　　　mnovak@anesilaw.com

　　　　I further certify that a copy of this document has been sent via First Class Mail to the following:

　　　　Daniel V. O'Connor, Anesi, Ozmon, Rodin, Novak & Kohen, Ltd., 161 North Clark, Street, 21st Floor, Chicago, IL 60601

　　　　　　　　　　　　　　　　　　　DONOHUE BROWN MATHEWSON & SMYTH LLC

　　　　　　　　　　　　　　　　　　　s/Charles S. Ofstein
　　　　　　　　　　　　　　　　　　　Mark H. Boyle (ARDC #6200934)
　　　　　　　　　　　　　　　　　　　Charles S. Ofstein (ARDC #6280741)
　　　　　　　　　　　　　　　　　　　DONOHUE BROWN MATHEWSON & SMYTH LLC
　　　　　　　　　　　　　　　　　　　140 South Dearborn, Suite 800
　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　Telephone:　　(312) 422-0900