080288.60

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON CATINO,<br><br>        Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION, a foreign corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TAKATA CORPORATION, a foreign corporation; and TK HOLDINGS INC., a Michigan corporation,<br><br>        Defendants. | No.   08 cv 02997<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey Cole |

## **NOTICE OF MOTION**

**To:**   See attached Certificate of Service

PLEASE TAKE NOTICE that on **Thursday, July 29, 2008 at 9:15 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Robert M. Dow, Jr.** in the courtroom usually occupied by him at 219 South Dearborn Street, Courtroom 1919, Chicago, Illinois 60604, or, in his absence, before any other Judge who may be sitting in his place and stead, and shall then and there present the attached **Defendants' First Motion for Extension of Time to File Responsive Pleadings.**

          By:   s/ Charles S. Ofstein
                Charles S. Ofstein (ARDC #6280741)
                John A. Krivicich (ARDC #3127319)
                DONOHUE BROWN MATHEWSON & SMYTH LLC
                140 South Dearborn Street, Suite 800
                Chicago, IL  60603
                Telephone:   (312) 422-0900
                Facsimile:    (312) 422-0909

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2008, I electronically filed the **Defendants' First Motion for Extension of Time to File Responsive Pleadings** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

    Steven W. Burrows
    Mark Novak

I further certify that a copy of this document has been sent via First Class Mail on July 24, 2008 to the following:

    Daniel V. O'Connor
    Anesi, Ozmon, Rodin, Novak & Kohen, Ltd.
    161 North Clark Street
    21st Floor
    Chicago, IL 60601


                                    s/Charles S. Ofstein