## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Sharon Catino
                              Plaintiff,

v.                                                   Case No.: 1:08−cv−02997
                                                         Honorable Robert M. Dow Jr.

Toyota Motor Corporation, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

       MINUTE entry before the Honorable Robert M. Dow, Jr:MOTION by Defendants Toyota Motor Corporation, Takata Corporation for extension of time to file answer [20] is granted to and including 8/25/08. Notice of Motion date of 7/29/08 is stricken and no appearance will be necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.