# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                               Case Number:   08 CV 02997

Sharon Catino

v.

Toyota Motor Corporation, Toyota Motor Sales, USA, Takata Corporation and TK Holdings Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Toyota Motor Corporation and Takata Corporation

| |
|---|
| NAME (Type or print) <br> Victoria Dizik |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Victoria Dizik |
| FIRM <br> Donohue Brown Mathewson & Smyth LLC |
| STREET ADDRESS <br> 140 S. Dearborn St., Suite 800 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6284122 | TELEPHONE NUMBER <br> (312) 422-0900 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐   NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐   NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐   NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |